Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
          spope@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEOFFERY HEWLETT JR.,<br><br>Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC.;<br>AVENUE 5 RESIDENTIAL, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; EQUIFAX INFORMATION<br>SERVICES, LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No.  2:26-cv-00471-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND EXPERIAN INFORMATION SOLUTIONS, INC.'S DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>**Complaint filed February 20, 2026** |

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among Plaintiff Geoffery Hewlett Jr. and Defendant Experian's time to answer, move or otherwise respond to the Complaint in this action is extended from June 8, 2026, through and including **June 29, 2026**.

The request was made by Experian, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

///

///

4906-5122-0659

**IT IS SO STIPULATED.**

DATED:  June 8, 2026.

DATED: June 8, 2026.

SNELL & WILMER L.L.P

*/s/ Geoffery Hewlett Jr.*
Geoffrey Hewlett Jr.
10461 Seelos Street
Las Vegas, NV 89178

*Pro Se Plaintiff*

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Samuel K. Pope (NV Bar No. 11941)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 784-5200
Facsimile:   (702) 784-5252

*Attorneys for Defendant Experian Information Solutions, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE BRENDA WEKSLER

DATED this _9th_ day of __June_____ 2026.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89135
702.784.5200

4906-5122-0659

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND EXPERIAN INFORMATION SOLUTIONS, INC.'S DEADLINE TO FILE RESPONSE TO COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that a copy of the foregoing was sent by U.S. Mail to:

Geoffery Hewlett Jr.
10461 Seelos St.
Las Vegas, NV 89178

Dated:  June 8, 2026          /s/ *Mary Full*
                              An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89135
702.784.5200

- 3 -

4906-5122-0659