UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Geoffery Hewlett Jr.,

Plaintiff

v.

Experian Information Solutions Inc.,

Defendant

Case No. 2:26-cv-00471-CDS-BNW

**Order Granting Defendant's Unopposed Motion to Dismiss**

[ECF No. 17]

Pro se plaintiff Geoffery Hewlett Jr. brought this Fair Credit Reporting Act lawsuit against Experian Information Solutions Inc. in February 2026. Compl., ECF No. 1-1. Experian moves to dismiss Hewlett's complaint, arguing that it fails to state a claim for relief. Mot., ECF No. 17. Any opposition to that motion was due by July 13, 2026. Min. order, ECF No. 18; *see also* Local Rule 7-2(b) (requiring a non-moving party to file points and authorities in opposition within fourteen days after service of the motion to dismiss). That deadline passed without any response, leaving the motion unopposed.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Unlike a motion for summary judgment, a district court is not required to examine the merits of an unopposed motion to dismiss before granting it. *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (refusing to extend to motions to dismiss the requirement that a district court examine the merits of an unopposed motion for summary judgment before summarily granting it pursuant to a local rule). Thus, a district court may properly grant an unopposed motion to dismiss under a local rule. *Id.* at 53. Here, I apply Local Rule 7-2(d) and deem Hewlett's failure to respond as consent to granting the motion.

**Conclusion**

IT IS HEREBY ORDERED that the defendant's unopposed motion to dismiss **[ECF No. 17] is GRANTED**, so Hewlett's complaint is dismissed. The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: July 29, 2026

______________________________
Cristina D. Silva
United States District Judge